White Plains Medical Care, P.C., as Assignee of CARL THOMAS, TIFFANY ROSE, ORLANDO MARRIOTT and STEPHANIE ROLDAN, Respondent, 
against
Praetorian Ins. Co., Appellant.



Appeal from an order of the Civil Court of the City of New York, Kings County (Harriet L. Thompson, J.), entered June 21, 2013. The order, insofar as appealed from and as limited by the brief, denied defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order, insofar as appealed from, is reversed, with $30 costs, and defendant's motion for summary judgment dismissing the complaint is granted.
In this action by a provider to recover assigned first-party no-fault benefits, defendant moved for summary judgment dismissing the complaint on the ground that it had timely and properly denied the claims at issue based on the failure of plaintiff's assignors to appear for duly scheduled independent medical examinations (IMEs). The Civil Court denied defendant's motion but, in effect, limited the issues for trial, pursuant to CPLR 3212 (g), to whether plaintiff's assignors had failed to appear for duly scheduled IMEs. As limited by its brief, defendant appeals from so much of the order as denied its motion.
For the reasons stated in Longevity Med. Supply, Inc., as Assignee of Rose Sherlock v Praetorian Ins. Co. (___ Misc 3d ___, 2016 NY Slip Op ___ [appeal No. 2013-2143 K C], decided herewith), the order, insofar as appealed from, is reversed, and defendant's motion for summary judgment dismissing the complaint is granted.
Pesce, P.J., Aliotta and Solomon, JJ., concur.
Decision Date: June 06, 2016